IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KAAREN TEUBER et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 4:11-cv-00059 |
| | § | |
| STATE OF TEXAS et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER DENYING MOTIONS AS MOOT

Before the court are the following motions: (1) "Defendant, Boyd Richie's, Motion to Dismiss" (Dkt. 11); (2) "Plaintiffs' Motion to Extend Time to Respond [to] Defendant, Boyd Richie's Motion to Dismiss" (Dkt. 20); (3) "Defendants the State of Texas, Rick Perry, David Dewhurst, Joe Straus, and Hope Andrade's Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), and in the Alternative, Motion for More Definite Statement Pursuant to Federal Rule of Civil Procedure 12(e)" (Dkts. 24 & 25); and (4) "Plaintiffs' Motion to Extend Time" (Dkt. 28). The Defendants' motions are directed to the Plaintiffs' original complaint (Dkt. 1), and the Plaintiffs' motions relate to those motions by the Defendants. Because the Plaintiffs have since filed an amended complaint (Dkt. 33), the court finds that the Defendants' motions (Dkts. 11, 24, & 25) and the related motions by the Plaintiffs (Dkts. 20 & 28) are moot, and therefore, **DENIED** as moot.

**IT IS SO ORDERED**.

   **SIGNED this the 22nd day of June, 2011.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE