IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| KAAREN TEUBER, JIM K. BURG, <br> RICKY L. GUNDEN, <br>     Plaintiffs <br><br> VS. <br><br> STATE OF TEXAS, ET AL. <br>     Defendants | § § § § § § § § § | Case No. 4:11cv59 |

**SCHEDULING ORDER**

After reviewing the report from the parties required by Fed. R. Civ. P. 26(f) and after consulting with the parties by mail or a scheduling conference, the court hereby enters the following Scheduling Order pursuant to this court's Local Rule CV-16 and Fed. R. Civ. P. 16:

(1) Other parties shall be joined pursuant to Fed. R. Civ. P. 19 and 20 by **June 27, 2011**. (A motion for leave to add parties is not necessary provided parties are added by this date, otherwise leave of court is required.)

(2) Amended pleadings shall be filed by **June 27, 2011**. (A motion for leave to amend is not necessary.)

(3) All motions to transfer, motions to remand, motions to dismiss, motions for summary judgment, or other dispositive motions, shall be filed by **September 19, 2011**. Unless leave of court is first obtained, a party may file no more than one motion for summary judgment.

(4) Disclosure of expert testimony pursuant to Fed. R. Civ. P. 26(a)(2) and Local Rule CV-26(b) shall be made by the plaintiff by **July 1, 2011**, and by the defendant by **August 1, 2011**. Thereafter, each party shall have until **August 15, 2011**, to object to any other party's expert witnesses. Such objections shall be made by a motion to strike or limit expert testimony and shall be accompanied by a copy of the expert's report in order to provide the court with all of the information necessary to make a ruling on any objection.

(5) Pretrial disclosure pursuant to Fed. R. Civ. P. 26(a)(3) shall be made by the plaintiff by **October 17, 2011**, and by the defendant by **October 24, 2011**.

(6) All fact discovery shall be commenced in time to be completed by **September 15, 2011**.

(7) Two copies of the Joint Final Pretrial Order prepared in accordance with Local Rule CV-16(b) and Joint Proposed Jury Instructions and Verdict Form (or proposed Findings of Fact and Conclusions of Law in nonjury cases) shall be delivered by the plaintiff to the court by **October 31, 2011**. In order to enable the plaintiff to prepare and deliver the Joint Final Pretrial Order and Joint Proposed Jury Instructions and Verdict Form (or proposed Findings of Fact and Conclusions of Law in nonjury cases) to the court, and to enable the defendants and any third parties to participate in the preparation of such documents, the plaintiff shall provide the plaintiff's share of the necessary information to all other parties by **October 17, 2011**. Thereafter, all defendants and third parties shall provide their share of the information to plaintiff by **October 24, 2011**.

(8) Any motions in limine shall be filed by **October 5, 2011**. Responses to motions in limine shall be filed within the time provided by Local Rule CV-7.

(9) This case is set for a Final Pretrial Conference and Trial Scheduling on **December 5, 2011**.

**SIGNED this the 23rd day of June, 2011.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE