# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **KAAREN TEUBER, JIM K. BURG and RICKY L. GRUNDEN;** | § § § | |
| v. | § § § | |
| **STATE OF TEXAS; RICK PERRY**, in his official capacity as Governor of the State of Texas; **DAVID DEWHURST**, in his official capacity as Lieutenant Governor and Presiding Officer of the Texas Senate; **JOE STRAUS**, in his official capacity as Speaker of the Texas House of Representatives; **HOPE ANDRADE**, in her official capacity as Secretary of State of the State of Texas; **BOYDE RICHIE**, in his official capacity as Chair of the Texas Democratic Party; and **STEVE MUNISTERI**, in his official capacity as Chair of the Texas Republican Party; **GARY LOCKE**, in his official capacity as United States Secretary of Commerce; and **ROBERT GROVES**, in his official capacity as Director of the United States Bureau of the Census | § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:11-CV-00059 |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF FEDERAL DEFENDANTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41

Plaintiffs, Kaaren Teuber, Jim K. Burg, and Ricky L. Grunden hereby provide notice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) of the voluntary dismissal of their claims against Defendants Gary Locke, Secretary of the U.S. Department of Commerce, and Robert Groves, Director of the U.S. Census Bureau, (the "Federal Defendants") and would show the Court the following:

1. Plaintiffs' Original Complaint was filed February 10, 2011.

2. The Federal Defendants were not served.

2

3. Although counsel for Federal Defendants have made an appearance, the Federal Defendants have not served an answer.

4. Plaintiffs file this notice of dismissal of the Federal Defendants with the intention of dismissing the case under FRCP 41(a)(1)(A)(i) without prejudice to refilling.

Respectfully submitted,

HULL HENRICKS LLP
221 West 6th Street, Suite 960
Austin, Texas 78701-3407
512 472-4554 telephone
512 494-0022 facsimile

By:   /s/ Michael S. Hull
          Michael S. Hull
          State Bar No. 10253400
          mhull@hhm-llp.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of June, 2011, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, using the electronic case files system of the court, which will send notification of such filing to the following:

David J. Schenck
Matthew Frederick
Office of the Attorney General
P.O. Box 12548
Austin, Texas 787111
*Counsel for State of Texas, Rick Perry, David Dewhurst, Joe Strauss, and Hope Andrade*

Chad W. Dunn
Texas Democratic Party
Brazil & Dunn
4201 FM 1960 West, Suite 530
Houston, Texas 77068
*Counsel for Defendant Boyd Richie*

Wendy M. Doty
Assistant U.S. Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue NW, Room 7218
Washington, DC 20530
and
Bradley Visosky
Assistant U.S. Attorney
101 East Park Blvd., Suite 500
Plano, Texas 75074
*Counsel for Gary Locke and Robert Groves*

Jose Garza
Law Office of Jose Garza
7414 Robin Rest Dr.
San Antonio, Texas 78209
*Counsel for Intervenors Mexican American Legislative Caucus*

          /s/Michael S. Hull
          Michael S. Hull